IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00754-MSK-CBS

STEPHAN DARRIS,

    Plaintiff,

v.

DENVER POLICE DEPT. DIST. 6 ET AL.,
OFFICER TONY FOSTER 86035,
OFFICER COREY CLAY 00129,
OFFICER CINDY NAKANO 00079,
OFFICE DAN WADE 99065,
OFFICER GILBERT HAGAN 01004, and
OFFICER RUDY MAGAT 00127,

    Defendants.

FILED
UNITED STATES DISTRICT COURT

JUN 2 6 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 26th day of June 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00754-MSK-CBS

Stephan Darris
Prisoner No. 1478665
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Denver Police Department District 6,
Officer Tony Foster, Officer Corey Clay, Officer Cindy Nakano,
Officer Dan Wade, Officer Gilbert Hagan, and Officer Rudy Magat

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Denver Police Department District 6, Officer Tony Foster, Officer Corey Clay, Officer Cindy Nakano, Officer Dan Wade, Officer Gilbert Hagan, and Officer Rudy Magat: AMENDED COMPLAINT FILED 5/02/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/26/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk