IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00764-MSK-CBS

STEPHEN DARRIS,

    Plaintiff,

v.

DENVER POLICE DEPT. DIST. 6 ET AL.,
OFFICER TONY FOSTER 86035,
OFFICER COREY CLAY 00129,
OFFICER CINDY NAKANO 00079,
OFFICER DAN WADE 99065,
OFFICER GILBERT HAGAN 01004, and
OFFICER RUDY MAGAT 00127,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 30th day of June, 2006

                                    **BY THE COURT:**

                                    *Marcia S. Krieger* (signature)

                                    Marcia S. Krieger
                                    United States District Judge