IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00754-MSK-CBS

STEPHAN DARRIS,
    Plaintiff,
v.

DENVER POLICE DEPT. DIST. 6, et al.,
    Defendants.
_____

SUPPLEMENTAL ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the court's July 25, 2006 Order (doc. # 28) denying Darris' Motion for Appointment of Counsel.  The court hereby supplements its previous Order to specifically address Darris' allegations that he has "mental disabilities, . . . a documented psychosis, and is disabled."  Darris presents no information or basis for his conclusory allegations of his physical and mental conditions.  Darris has thus far more than adequately communicated in writing with the court.  Darris' concerns about matters such as expert testimony and trial preparation are premature at this stage of the case.  Defendants filed their Answer on July 18, 2006 and the court will soon set a preliminary scheduling conference.  For these reasons also, the court was within its discretion in denying Darris' Motion for Appointment of Counsel (doc. # 25).

    DATED at Denver, Colorado, this 25th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge

1