IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00754-MSK-CBS

STEPHAN DARRIS,
    Plaintiff,
v.

DENVER POLICE DEPT. DIST. 6, et al.,
    Defendants.

## ORDER

This civil action comes before the court on Darris' "Motion to Compel" (filed July 27, 2006 (doc. # 30). Pursuant to the Order of Reference dated July 19, 2006 (doc. # 26) and the memorandum dated July 27, 2006 (doc. # 31), the Motion was referred to the Magistrate Judge. The court has reviewed the motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

Defendants' filed their Answer to Darris' Amended Prisoner Complaint on July 18, 2006. Darris acknowledges that no scheduling conference has been set in this action. Darris has not yet made his discovery requests through the proper procedures. Thus, his Motion to Compel is premature. Accordingly, IT IS ORDERED that Darris' "Motion to Compel" (filed July 27, 2006 (doc. # 30) is DENIED as premature. In a separate order, the court will set a preliminary scheduling conference.

Dated at Denver, Colorado this 31st day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge