IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00754-MSK-CBS

STEPHAN DARRIS,
    Plaintiff,
v.

DENVER POLICE DEPT. DIST. 6, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Darris' request "for an order of LAW LIBRARY daily while housed at the DENVER COUNTY JAIL" (filed July 28, 2006) (doc. # 32). Pursuant to the Order of Reference dated July 19, 2006 (doc. # 26), the request was referred to the Magistrate Judge. The court has reviewed the request, the entire case file, and the applicable law and is sufficiently advised in the premises. The court does not have the authority to override the policies or regulations governing the jail's law library. Accordingly, IT IS ORDERED that Darris' request "for an order of LAW LIBRARY daily while housed at the DENVER COUNTY JAIL" (filed July 28, 2006) (doc. # 32) is DENIED.

    DATED at Denver, Colorado, this 31st day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge