IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00754-MSK-CBS

STEPHAN DARRIS,
    Plaintiff,
v.

DENVER POLICE DEPT. DIST. 6, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Darris' letter requesting "that the court send an order to The Denver Sheriff's Department at the Denver County Jail to bring me to a telephone so that the Scheduling Conference which is set for September [27]th can be made at the Ordered time" (filed September 7, 2006) (doc. # 37). Pursuant to the Order of Reference dated July 19, 2006 (doc. # 26) and the memorandum dated September 7, 2006 (doc. # 37), the request was referred to the Magistrate Judge. The court has reviewed the request, the entire case file, and the applicable law and is sufficiently advised in the premises.

    In the Minute Order (doc. # 35) setting the preliminary Scheduling Conference for September 27, 2006, the court has already ordered that "Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117at the scheduled time." The court expects the Denver County Sheriff's Department to facilitate Plaintiff's participation via telephone on September 27, 2006.

Accordingly, IT IS ORDERED that Darris' letter requesting "that the court send an order to The Denver Sheriff's Department . . . " (filed September 7, 2006) (doc. # 37) is DENIED as unnecessary.

DATED at Denver, Colorado, this 11th day of September, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge