IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00754-MSK-CBS

STEPHAN DARRIS,
    Plaintiff,
v.

DENVER POLICE DEPT. DIST. 6, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Darris' "Motion for Court Order to Law Library Access Reconsideration" (filed September 13, 2006) (doc. # 40).  Pursuant to the Order of Reference dated July 19, 2006 (doc. # 26) and the memorandum dated September 13, 2006 (doc. # 41), the Motion was referred to the Magistrate Judge.  The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Darris asks the court to order "The Denver Sherriffs [sic] at the County Jail to grant Defendant daily access to the Law Library."  As the court has previously ruled, the court does not have the authority to override the policies or regulations of the Denver County Jail, including those governing the law library.  The court will entertain any requests for extension of time based on Darris' constraints in obtaining law books.

    Accordingly, IT IS ORDERED that Darris' "Motion for Court Order to Law Library Access Reconsideration" (filed September 13, 2006) (doc. # 40) is DENIED.

1

DATED at Denver, Colorado, this 14th day of September, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge