IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00754-MSK-CBS

STEPHAN DARRIS,
    Plaintiff,
v.

DENVER POLICE DEPT. DIST. 6, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Darris' oral request for appointment of volunteer counsel, made in open court during the status conference held on September 27, 2006. Pursuant to the Order of Reference dated July 19, 2006, this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." The court has considered Darris' request, the entire case file, and the applicable law and is sufficiently advised in the premises.

While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). Darris has represented to the court that he is illiterate and that all of his filings to date have been prepared by other inmates at the Denver County Jail. The court may request legal counsel for Darris by placing this case on the list of cases for which counsel may choose to

1

volunteer.

Accordingly, IT IS ORDERED that:

1. Darris' oral request for appointment of volunteer counsel, made in open court during the status conference held on September 27, 2006, is GRANTED.

2. **The court requests that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.**

3. Darris is reminded that this Order does not guarantee that a lawyer will volunteer to represent him.  Darris must be prepared to proceed *pro se* as necessary.

DATED at Denver, Colorado, this 2nd day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge