IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00754-MSK-CBS

STEPHEN DARRIS,

       Plaintiff,

v.

DENVER POLICE DEPT. DIST. 6 ET AL.,
OFFICER TONY FOSTER 86035,
OFFICER COREY CLAY 00129,
OFFICER CINDY NAKANO 00079,
OFFICER DAN WADE 99065,
OFFICER GILBERT HAGAN 01004, and
OFFICER RUDY MAGAT 00127,
*in their individual and official capacities,*

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Stipulated Motion to Dismiss With Prejudice" **(#67)** filed March 1, 2007.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  *The Clerk shall close this case.*

Dated this 1st day of March, 2007

                                 **BY THE COURT:**

                                 *[signature]*

                                 Marcia S. Krieger
                                 United States District Judge